UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PUTU, LLC,

        Plaintiff,                      16-cv-6984 (CM)

    -against-

COCO INTERNATIONAL CORP., *et al.*,

        Defendants.

----------------------------------------------------------x

## ORDER OF DISMISSAL

McMahon, C.J.:

    The Court having been advised (Dkt. No. 36), that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen must be filed within sixty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

Dated: July 10, 2017

                                                                                Chief Judge

BY ECF TO ALL COUNSEL